ADMINISTRATION OF JOHN MILLER *v.* JOHN TRUMAN.

In this case, a commission had been issued by the county
court, on the application of the defendant, to take testimony
in Canada. By the terms of the commission, six days notice
was to be given to the plaintiff. The defendant notified the
plaintiff that the testimony would be taken at the city of
Quebec, on or about a day named in the notice.

The testimony thus taken was excluded by the county
court, and judgment rendered for the plaintiff, to which the
defendant excepted.

The opinion of the court was delivered by

REDFIELD, J.—The notice was insufficient. It should
have specifically named the time and place of taking the tes-
timony.                              Judgment affirmed.